**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Settar Mohsin Alzerjawi,<br><br>    Petitioner,<br>vs.<br><br>Katrina Kane, et al.,<br><br>    Respondents. | No. CV-07-1743-PHX-PGR (LOA)<br><br>ORDER |

The relief sought by the petitioner through his Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is to be released from the custody of the Department of Homeland Security.   Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Anderson notwithstanding that no party has filed any objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that this action became moot when the petitioner was released from custody on November 6, 2007.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #11) is accepted and adopted in its entirety by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is denied as moot and that this action

/ / /

is dismissed.  The Clerk of the Court shall enter judgment accordingly.

DATED this 29th day of January, 2008.

_____
Paul G. Rosenblatt
United States District Judge